UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA L. M.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>    Defendant(s). | Case No. 2:24-cv-01052-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.

The Court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who has shown that she is unable to pay such costs. 28 U.S.C. § 1915(a)(1). A determination of whether the plaintiff has shown an inability to pay is a matter left to the discretion of the court. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 217-218 (1993). In exercising that discretion, the Court evaluates the income and assets to which the plaintiff has access, including those of a spouse. *See, e.g., Flores v. Colvin*, 2014 U.S. Dist. LEXIS 93236, at *3-4 (D. Nev. May 22, 2014). While an applicant need not be totally destitute to qualify for *in forma pauperis* status, she must demonstrate that she cannot pay those costs while still providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

The application in this case identifies income of $3,520 per month from Plaintiff's spouse, Docket No. 1 at 1, which significantly exceeds the federal poverty guidelines for a family of three, *cf. Flores*, 2014 U.S. Dist. LEXIS 93236, at *5 (comparing income to poverty guidelines). That monthly income is also well above the amounts that have led to denial of *in forma pauperis* status.

*See, e.g., Brunson v. Soc. Sec.*, 2019 WL 6709544, at *1 (D. Nev. Oct. 31, 2019) (denying *in forma pauperis* status based on monthly income of $1,397), *adopted*, 2019 WL 6700193 (D. Nev. Dec. 9, 2019). Moreover, while the application indicates that the household's monthly expenses exceed income, the application provides exorbitant monthly expenses for utilities ($900) and appears to identify health costs twice ($240 provided twice). At bottom, a financial picture has not been painted that a family of three with a monthly household income of $3,520 cannot afford to pay the $405 filing fee.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Plaintiff must pay the filing fee by August 19, 2024.

IT IS SO ORDERED.

Dated: July 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge