**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREA L. M., | Case No. 2:24-cv-01052-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 1] |
| MARTIN O'MALLEY, | |
| Defendant(s). | |

In light of Plaintiff's payment of the filing fee, Docket No. 10, the Clerk's Office is **INSTRUCTED** to file the complaint (Docket No. 1-1) on the docket.

IT IS SO ORDERED.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1