# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA M., <br>     Plaintiff, <br> v. <br> CAROLYN COLVIN, <br>     Defendant. | Case No. 2:24-cv-01052-NJK <br> **Order** |

Carolyn Colvin is now Acting Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Carolyn Colvin in place of Martin O'Malley.

IT IS SO ORDERED.

Dated: January 15, 2025

                                                      Nancy J. Koppe <br>
                                                    United States Magistrate Judge